# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 18-414 |
| | : | |
| **DAVID TORRES** | : | |

## ORDER

**AND NOW**, this 29th day of June 2020, upon considering Defendant's Motion for compassionate release (ECF Doc. No. 68), the United States' Response (ECF Doc. No. 71), Defendant's Reply (ECF Doc. No. 72), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 68) is **DENIED**.

**KEARNEY, J.**